**DISMISS; and Opinion Filed January 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01468-CV

### JOSETTE HARVEY, Appellant
### V.
### GS SHADOWS, LP, ROC II TX, SHADOWS OF COTTONWOOD, LLC, GREYSTAR ASSOCIATES VII, LLC, AND GREP SOUTH, LP, Appellees

On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-10616

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

By letter dated December 12, 2018, the Court questioned its jurisdiction over this appeal as it appeared the notice of appeal was untimely. We instructed appellant to file a letter a brief addressing the Court's concern and gave appellees an opportunity to respond. The parties complied.

When no timely post-judgment motion extending the appellate timetable is filed, a notice of appeal is due thirty days or, with an extension motion, forty-five days, after the date the judgment is signed. *See* TEX. R. APP. P. 26.1; 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Following a jury trial, the trial court signed the judgment on October 10, 2018. Appellant did not file a timely post-judgment motion extending the appellate deadline. Accordingly, the

notice of appeal was due on November 9, 2018 or, with an extension motion, November 26, 2018. *See* TEX. R. APP. P. 4.1(a); 26.1. Appellant filed a notice of appeal on December 5, 2018. Although appellant filed a letter brief, she failed to address the timeliness of her notice of appeal.

Because appellant failed to file a timely notice of appeal, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181468F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSETTE HARVEY, Appellant

No. 05-18-01468-CV      V.

GS SHADOWS, LP, ROC II TX,
SHADOWS OF COTTONWOOD, LLC,
GREYSTAR ASSOCIATES VII, LLC,
AND GREP SOUTH, LP, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-10616.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 25th day of January, 2019.